```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**BRADFORD W. DEEL,**

      Plaintiff/Counterclaim Defendant,

v.                                     Civil Action No. 2:06-1064

**WEST VIRGINIA EMS TECHNICAL**
**SUPPORT NETWORK, INC., a West**
**Virginia Corporation,**
**JOE RICHARDS, Chief Executive**
**Officer of WEST VIRGINIA EMS**
**TECHNICAL SUPPORT NETWORK, INC.,**
**MARGARET COLLINS, Program Administrator**
**for the Medley/Hartley Advocacy Program**
**of WEST VIRGINIA EMS TECHNICAL SUPPORT**
**NETWORK, INC., and**
**NATIONAL UNION FIRE INSURANCE CO.**

      Defendants/Counterclaimant.

## O R D E R

On August 28, 2007, the court entered an agreed order staying this litigation in its entirety pending resolution of the coverage issue presented in the case. In a memorandum opinion and order entered this same day, the court has resolved the coverage issue.

Inasmuch as case activity practically ceased between August 28, 2007, and July 23, 2009, while the aforementioned coverage issue was under consideration, the court ORDERS,

effective August 28, 2007, that the Clerk be, and she hereby is, directed to reflect this action as having been retired to the inactive docket as of August 28, 2007, and reinstated to the active docket on July 23, 2009.

        DATED: July 23, 2009
        Entered nunc pro tunc August 28, 2007

        John T. Copenhaver, Jr.
        United States District Judge